UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Taxi Aéreo de Veracruz S.A. de C.V., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 4:08-cv-03752 |
| | § | |
| Honeywell International, Inc. | § | Jury Demanded |
| Defendant | § | |

**Taxi Aéreo de Veracruz's Certificate of Interested Parties.**

Plaintiff Taxi Aéreo de Veracruz discloses to the Court to the following parties with a financial interest in the outcome of this litigation:

1. Plaintiff Taxi Aéreo de Veracruz.

2. Jim L. Culpepper
   L. Andrew Dunham
   Jim L. Culpepper & Associates, P.C.
   9821 Katy Freeway, Suite 110
   Houston, Texas 77024
   (713) 463-6300
   (713) 463-6301 Telecopier
   Attorneys for Taxi Aéreo de Veracruz

3. Defendant Honeywell International, Inc.

4. V. Woolston
   Elizabeth Dietrich Gaukroger
   Perkins Coie, LLP.
   1201 Third Avenue, Suite 4800
   Seattle, Washington 98101-3099
   (206) 359-6243
   (206) 359-7243 Telecopier
   Attorneys for Honeywell International, Inc.

5. William L. Maynard
   David A. Walton
   Beirne, Maynard & Parsons, L.L.P.
   1300 Post Oak Blvd., 25th Floor
   Houston, Texas 77056
   (713) 623-0887
   (713) 960-1527 Telecopier
   Attorneys for Honeywell International, Inc.

6. Garrett Aviation Services, L.L.C. doing business as Landmark Aviation and doing business as StandardAero ("Garrett Aviation").
   1524 W. 14th Street, Suite 110
   Tempe, Arizona 85281
   (480) 377-3101
   (480) 377-3104 Telecopier
   Garrett Aviation performed maintenance and repair work on the aircraft which is the subject of this lawsuit;

        Respectfully submitted,

        JIM L. CULPEPPER & ASSOCIATES, P.C.

        By:    s/ J. L. Culpepper
            J.L. Culpepper  State Bar No. 05214000
                    Fed Bar No. 3249
            L.A. Dunham    State Bar No.  24050538
                    Fed Bar No.    712857
        9821 Katy Freeway, Suite 110
        Houston, Texas  77024-1208
        (713) 463-6300
        (713) 463-6301 Telecopier
        thefirm@culpepperlaw.com

        Attorneys for Plaintiff
        Taxi Aéreo de Veracruz

## Certificate of Service.

      I certify that, as required by Rule 5(b)(2) of the Federal Rules of Civil Procedure, on January 14, 2009, I sent a copy of Taxi Aéreo de Veracruz's Certificate of Interested Parties to the attorney(s) of record listed below by the method indicated:

**Via CM/ECF Notice and electronic mail to wmaynard@bmpllp.com**
Mr. William L. Maynard
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056

                                                s/ J. L. Culpepper
                                                   J. L. Culpepper